IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAWANES L. REED, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00259-B |
| | * |
| KILOLO KIJAKAZI, | * |
| Acting Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA") is hereby **GRANTED** and that Plaintiff is hereby **AWARDED** a reasonable attorney's fee in the amount of **$920.35.**

**DONE and ORDERED** this **11th** day of **April, 2022.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**